UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN AUTO BROKERS ON LINE, LLC, ET AL. | * | CIVIL ACTION |
| | * | NO. 23-1885 |
| VERSUS | | |
| | * | SECTION "O"(2) |
| J&P SOUTHEASTERN AUTO BROKERS, LLC, ET AL. | | |

## ORDER AND REASONS

Before me is the Motion to Establish Deadline to Respond to Discovery Order filed by Plaintiffs American Auto Brokers On Line, LLC and Melissa Carusso Carter. ECF No. 89. This motion was scheduled for submission on June 19, 2024. ECF No. 90. As of this date, no party has filed an Opposition Memorandum, and the deadline for filing same expired on Tuesday, June 11, 2024. *See* E.D. La. L.R. 7.5.

Having considered the record, the argument of counsel, the lack of opposition, and the applicable law, and after finding that the motion has merit, the Motion is GRANTED for the reasons that follow.

## LAW AND ANALYSIS

By Order dated November 30, 2023, this Court granted in part and denied in part Plaintiffs' Motion to Compel and ordered Defendants to provide initial disclosures and full and complete discovery responses and/or supplemental responses no later than Wednesday, January 10, 2024. ECF No. 52; *see also* ECF No. 46. Prior to that date, Defendants filed a Motion to Stay and for Extension of Deadlines for Discovery Responses. ECF Nos. 71, 73. By Order dated January 11, 2024, Judge Long extended the deadline to respond to discovery pending his resolution of the motion to stay. ECF No. 75. By Order dated February 29, 2024, Judge Long denied Defendants' motion to stay. ECF No. 81. Plaintiffs now seek a firm deadline within which Defendants must

1

comply with the November 30, 2023 Order compelling them to provide initial disclosures and full and complete discovery responses and/or supplemental responses. ECF No. 89.

No Defendant filed an Opposition to Plaintiffs' motion. Accordingly, considering the record, the submission and argument of counsel, the lack of opposition filed by any party, and the applicable law,

IT IS ORDERED that Plaintiffs' Motion to Establish Deadline to Respond to Discovery Order (ECF No. 89) is GRANTED;

IT IS FURTHER ORDERED that all Defendants must provide initial disclosures and full and complete responses and/or supplemental responses to Plaintiffs' discovery requests no later than WEDNESDAY, JULY 10, 2024.

New Orleans, Louisiana, this 18th day of June, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE